May Term,
1856.

HOLLIDAY
v.
SPENCER.

---

### HOLLIDAY v. SPENCER.

Complaint for foreclosure in the Court of Common Pleas. Answer, that the mortgaged premises were sold by the mortgagee to the mortgagor; that the mortgage was given to secure the purchase-money, &c.; and that the mortgagee had no title. *Held*, that the Court of Common Pleas had jurisdiction.

Saturday,
June 14.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—Bill to foreclose a mortgage. Answer, that the mortgage was given to secure to the mortgagee

the purchase-money of the land mortgaged, which land
was sold by the mortgagee to the mortgagor, and that the
seller had no title. Replication. Issue. Trial. Decree of
foreclosure.

The only objection made to the decree is, that the Common Pleas had no jurisdiction, because the title to real estate was in issue. The case falls within the principle of *Wolcott* v. *Wigton et al.*, *ante*, p. 44; and under it, if to be adhered to, the decree below must be affirmed. And even if that case were wrong, a later statute confers unqualified jurisdiction upon the Common Pleas to foreclose mortgages. 2 R. S., p. 176, s. 631.

The judgment is affirmed with costs.

*E. H. Brackett*, for the appellant.

*R. C. Gregory* and *R. Jones*, for the appellee.